IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERIC DE'JUAN JONES                                                             PLAINTIFF

v.                                         CIVIL NO. 1:23-cv-00045-HSO-BWR

LINELL HENDERSON, SR., et al.                                DEFENDANTS

**FINAL JUDGMENT**

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of May, 2023.

                                                            *s/ Halil Suleyman Ozerden*
                                                            HALIL SULEYMAN OZERDEN
                                                            UNITED STATES DISTRICT JUDGE